UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC G. ALLEN,<br><br>        Petitioner,<br><br>   v.<br><br>WILLIAM MUNIZ, Warden,<br><br>        Respondent. | Case No. CV 15-1671-DDP (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 10, 2016

                                DEAN D. PREGERSON
                                U.S. DISTRICT JUDGE